UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1-25-cv-21066-XXXX

GR OPCO, LLC,

    Plaintiff,

v.

SUGARHOUSE WEALTH PARTNERS, INC.

    Defendant.

_____/

## **SUGARHOUSE WEALTH PARTNERS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATION DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

   Bergman, Esq., Steven H; Attorney for Defendant
   Byre, Esq. Lawrence William; Attorney for Plaintiff
   Gr Opco, LLC.; Plaintiff
   Lawley, Esq., Jeffery R.; Attorney for Defendant
   Richards Brandt, Law Firm for Defendant
   Pedersen, Houpt; Law Firm for Plaintiff
   Seminario, Esq., Rafael; Attorney for Defendant
   Sneeringer, Esq., Stanley C.; Attorney for Plaintiff
   Sugarhouse Wealth Partners, Inc.; Defendant
   Tisdahl, Esq., Elissa; Attorney for Plaintiff
   Weisberg, I.P Law, PA; Law for the Plaintiff

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

   None.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):**

   None.

4. **The name of each victim (individual or corporate), including every person who may be entitled to restitution:**

   None.

5. **Check one of the following:**

 X   I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

____   I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully submitted this 27th day of May 2025.

/s/ Jeffery R. Lawley
Jeffery R. Lawley, Esq.
Florida Bar No. 0596027
Email: jrl@bclrm.com
Billing, Cochran, Lyles, Mauro & Ramsey
Las Olas Square, Suite 600
515 East las Olas Blvd.
Fort Lauderdale, FL 33301
Office: 954-764-7150
***Attorney for Defendant, Sugarhouse Wealth Partners, Inc.***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Southern District of Florida, by using the CM/ECF system.

*/s/ Jeffery R. Lawley*
Florida Bar No. 0596027
Email: jrl@bclrm.com