UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GR OPCO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SUGARHOUSE WEALTH PARTNERS, INC.,<br><br>    Defendants. | Case No. 25-21066-CIV-DAMIAN/D'Angelo |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 and this Court's Order Requiring a Scheduling Report and Certificates of Interested Parties [D.E. 7], Plaintiff GR OPCO, LLC ("GR OPCO") hereby submits its Corporate Disclosure Statement and Certificate of Interested Parties, disclosing the following:

**1.**    **Interested Parties:** The name of each person, associated person, firm, partnership, or corporation that has a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

- **GR OPCO, LLC** – Plaintiff
- **Sugarhouse Wealth Partners, Inc**. – Defendant
- **Pedersen & Houpt, P.C.** – Law Firm for Plaintiff
- **Lawrence W. Byrne, Esq.** – Counsel for Plaintiff
- **Stanley C. Sneeringer, Esq.** – Counsel for Plaintiff
- **Caroline McAuliffe, Esq.** – Counsel for Plaintiff
- **Weisberg I.P. Law, P.A.** – Law Firm for Plaintiff
- **Elissa A. Tisdahl, Esq.** – Counsel for Plaintiff

- **Richards Brandt** – Law firm for Defendant

- **Rafael Seminario, Esq.** – Counsel for Defendant

- **Steven H. Bergman, Esq.** – Counsel for Defendant

- **Billing, Cochran, Lyles, Mauro, & Ramsey, P.A.** – Law firm for Defendant

- **Jeffrey R. Lawley, Esq.** – Counsel for Defendant

2. **Corporate Disclosure Statement:** GR OPCO certifies that there is no parent corporation and there is no publicly held corporation owning 10% or more of GR OPCO's stock.

Respectfully Submitted,

Date: May 27, 2025

By: /s/ *Lawrence W. Byrne*
Lawrence W. Byrne, Esq.
Florida Bar No. 1057467
PEDERSEN & HOUPT P.C.
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
Telephone: (312) 261-2155
E-mail: lbyrne@pedersenhoupt.com
*Lead counsel for Plaintiff*

Elissa A. Tisdahl, Esq.
Florida Bar No. 85521
WEISBERG IP. LAW, P.A.
1232 N. University Drive
Plantation, FL 33322
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
E-mail: etisdahl@weisbergiplaw.com
*Counsel for Plaintiff*